IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02169-MSK-CBS

S.E., a minor child, by and through her parent and next friend, S.L.E.,

 Plaintiff,

v.

ROGER R. McGLAUGHLIN, and
SANDRA McGLAUGHLIN,

 Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

 IT IS HEREBY ORDERED that Plaintiff's Motion to Vacate January 8, 2008 [sic] Scheduling Conference (*doc. #12*) is GRANTED. The scheduling conference set for January 8, 2009 is **VACATED**.

 IT IS FURTHER ORDERED that the parties have up to and including **January 23, 2009** to file a stipulated motion to dismiss.

**DATED:** January 8, 2009