IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02169-MSK-CBS

S.E., a minor child, by and through her parent and next friend, S.L.E.,

      Plaintiff,

v.

ROGER R. McGLAUGHLIN, and
SANDRA McGLAUGHLIN,

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Motion to Dismiss With Prejudice **(#27)** filed May 20, 2009. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 20th day of May, 2009.

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge